# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

_Jerome Curry_ ) Civil Action No. _____
[Enter the full name of the plaintiff in this action] ) _(to be assigned by Clerk)_
)
) **COMPLAINT**
v. ) **State Prisoner**
)
_The Charleston County Detention Center_ )
)
)
)
)
)
)
)
_Enter above the full name of defendant(s) in this action_ )

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?   Yes _____    No __✓__

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiff: _____

      Defendant(s): _____

   2. Court: _____
      _(If federal court, name the district; if state court, name the county)_

   3. Docket Number: _____

   4. Name(s) of Judge(s) to whom case was assigned: _____

   5. Disposition: _____
      _(For example, was the case dismissed? Appealed? Pending?)_

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT

    A. Name of Prison/Jail/Institution: _Charleston County Detention Center_

    B. What are the issues that you are attempting to litigate in the above-captioned case? _Violation of Civil rights cruel and unusal punishment_

    C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

       (2) Did you file a grievance concerning the claims you are raising in this matter? Yes ____ No ✓

       When _____ Grievance Number (if available) _____

    D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)? Yes ____ No ✓

    E. When was the final agency/departmental/institutional answer or determination received by you? ____

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

    F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ✓ No ____

    G. If your answer is YES:

       1. What steps did you take? _I try to speak with the Sgt. but they refused_

       2. What was the result? _They refused to speak to me or let me file any grievance_

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

    A. Name of Plaintiff: _Jerome Curry_    Inmate No.: _67289_

       Address: _3841 Leeds Ave Charleston SC 29405_

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

    B. Name of Defendant: _Charleston County Detention Center_ Position: ____

       Place of Employment: _Charleston County Detention Center_

    C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
_Officer Pool, Officer Simth, Officer Mack,_

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

Around October of 2007 I was inside 1-A unit of the Charleston County Jail on lock-up. When I was inside of this unit the officers inside of 1-A had me sleeping on the steel frame with no mat they futher refused to feed me for a whole week they also refuse to let me write any letters or use the phone to contact my family and friends at all. They futher assaulted me inside of my cell while I was in hand cuff and when they did decided to feed me they feed me a bag lunch for breakfeast, lunch, and dinner which was two sandwich and a juice for about another week. They futher did not let me take any shower at all and while I was up front being process they used the stung gun to stung me inside of a cell for just flooding the cell after they stung me with the stung gun they started to beat me and handcuff me inside the cell before they took me to 1-A lock-up unit.

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM - continued.

Complaint - State Prisoner
Revised October 3, 2007

V. **RELIEF**

*State briefly and exactly what you want the court to do for you.*

I would like to be moved to another county jail as soon as possible and I would like to receive money damages for all the pain and suffering that I received by the hands of these officers and I would like all of the officers that had something to do with this incident removed from out of this county jail so that nothing like this happens again. I further would like money damages for my civil rights violations

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __28__ day of __October__, 20 __10__.

*Jerome Curry*
Signature of Plaintiff

Complaint - State Prisoner
Revised October 3, 2007